# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** cv-97-6455 (Korman) |
| **DEFENDANT** Blackstone Realty Management, et al. | **TYPE OF PROCESS** Decree of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
First Union Bank-Legal Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One First Union Center, Charlotte, N.C. 28288-0630

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY-EDNY
610 Federal Plaza, 5th Fl.
Central Islip, N.Y. 11722
Attn: Gail Matthews

FILED
*  JUN 30 2005
BROOKLYN OFFICE

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve copies of the Certified Stipulation & Decree on above name financial bank, in order for funds in acct no. 1000052730903, pursuant to pg 4, para 4(c), can be transferred to the U.S. Marshal Service and place into the Asset Forfeiture Fund. Return Receipt Requested.

98-FBI-001304--First Union Bank Acct

Signature of Attorney or other Originator requesting service on behalf of:
Gail Matthews, AUSA
XX PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 631-715-7881
DATE: 2/4/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 53
District to Serve No. 58
Signature of Authorized USMS Deputy or Clerk: G. Rudolph
Date: 2/8/05

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Elizabeth A Gass, Paralegal

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
5/2/05: $3,225.98 deposited into AFF.
285 returned 5/3/05

Date of Service: 3/31/05
Time: 11:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 0 | | | | | |

**REMARKS:** forwarded to USM N/NC on 2/11/05.
2/23/05: received and logged in by USMS, Asheville; 2/24/05 forwarded to CI/DUSM Steven L Gladden for service. Wachovia Corp served, waiting for funds to be processed. 4/25 - Received $3,225.98.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |